Fill in this information to identify the case:

Debtor 1    Belinda Ann Smith

Debtor 2    Bruce Edward Smith
(Spouse, if filing)

United States Bankruptcy Court for the:    Western District of Kentucky
(State)

Case number    22-50093-acs

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account:  4  7  6  3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1:    Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | 5/4/2022 Proof of Claim & 410A Loan Payment History | (5) $ 800.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify:_____ | | (10) $ |
| 11. Other. Specify:_____ | | (11) $ |
| 12. Other. Specify:_____ | | (12) $ |
| 13. Other. Specify:_____ | | (13) $ |
| 14. Other. Specify:_____ | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

Debtor 1  **Belinda Ann Smith**
　　　　　First Name　　Middle Name　　Last Name

Case number *(if known)* 22-50093-acs

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons
Signature

Date 08 / 31 / 2022

Print: **Molly Slutsky Simons**
　　　First Name　　Middle Name　　Last Name

Title **Attorney for Creditor**

Company **Sottile & Barile, Attorneys at Law**

Address **394 Wards Corner Road, Suite 180**
　　　　Number　　　　Street
**Loveland, OH 45140**
　　City　　　　　　　　State　　ZIP Code

Contact phone ( 513 ) 444 – 4100

Email bankruptcy@sottileandbarile.com

| Invoice Date |
|---|
| 05/04/2022 |



| Invoice Number |
|---|
| ▮ |

**1920 Old Tustin Avenue | Santa Ana, California 92705**
**Tel: 949.427.2010 | Fax: 949.427.2732**
**www.GhidottiBerger.com**

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

RE: SN Servicing Corporation
vs. BRUCE EDWARD SMITH
Case Ref Number: 22-50093-acs
Property Address: 1500 ROARING SPRINGS RD., LA FAYETTE, KY 42254
OUR FILE ▮
Loan ▮
Investor: PRP
Area of Law:    Bankruptcy                                            Attorney: Erica Loftis -BK Staff Atty
                BK POC

**BILLING SUMMARY:**

### COSTS

| DATE | COST DESCRIPTION | AMOUNT |
|---|---|---|
| 05/03/2022 | Postage ▮ | $11.04 |

### FEES

| DATE | FEE DESCRIPTION | AMOUNT |
|---|---|---|
| 05/03/2022 | 2019 Fannie Mae - Bankruptcy - Chapter 13 - Proof of claim ▮ | $550.00 |
| 05/03/2022 | 2019 Fannie Mae - Bankruptcy - Proof of Claim - Form 410/410A Loan Payment History | $250.00 |

### TOTALS

| DESCRIPTION | AMOUNT |
|---|---|
| Total Fees This Invoice | 800.00 |
| Total Costs This Invoice | $11.04 |
| Total Fees and Costs This Invoice | $811.04 |
| Previous Outstanding Balance | $ |
| Total Balance Now Due | $811.04 |

Thank you for the opportunity to be of service.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | |
|---|---|
| In Re: | Case No. 22-50093-acs |
| Belinda Ann Smith<br>Bruce Edward Smith | Chapter 13 |
| Debtors. | Judge Alan C. Stout |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on August 31, 2022.

**By Notice of Electronic Filing to:**

    Todd A. Farmer, Debtors' Counsel
    todd@farmerwright.com

    William W. Lawrence, Trustee
    ecf@louchapter13.com

    Office of the U.S. Trustee
    Ustpregion08.lo.ecf@usdoj.gov

**By United States mail to:**

    Belinda Ann Smith, Debtor
    Bruce Edward Smith, Debtor
    1500 Roaring Spring Road
    La Fayette, KY 42254

                                                    Respectfully Submitted,

                                                    /s/ Molly Slutsky Simons
                                                    Molly Slutsky Simons (97962)
                                                    Sottile & Barile, Attorneys at Law
                                                    394 Wards Corner Road, Suite 180
                                                    Loveland, OH 45140
                                                    Phone: 513.444.4100
                                                    Email: bankruptcy@sottileandbarile.com
                                                    Attorney for Creditor